UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CARRIE GREGORY,<br><br>                Plaintiff,<br><br>vs.<br><br>STATE OF MONTANA and PROBATION OFFICER TOMEKA WILLIAMS,<br><br>                Defendant. | CV-20-51-GF-BMM<br><br>ORDER |

IT IS HEREBY ORDERED that meals be provided during deliberations for the jurors in the above entitled case.

DATED 23rd day of March, 2022.

_____
Brian Morris, Chief District Judge
United States District Court